UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| YOSTIN SLEIKER GUTIERREZ-CONTRERAS,<br><br>    Petitioner,<br><br> v.<br><br>WARDEN, DESERT VIEW ANNEX, *et al.*.<br><br>    Respondent(s). | Case No. 5:25-cv-00911-SSS-KES<br><br>**Order Clarifying Order Dated April 16, 2025** |

The Court hereby grants Mr. Gutierrez-Contreras's emergency *ex parte* application for clarification of this Court's order dated April 16, 2025. [Dkt. 7]. Respondents are hereby **ORDERED** to provide fourteen days notice to Petitioner and his counsel, in writing, prior to attempting to remove, deport, or expel the petitioner out of the United States under the Alien Enemies Act or any legal authority other than the Immigration and Nationality Act. Respondents are hereby **ENJOINED** and **BARRED** from removing petitioner under the Alien Enemies Act or any legal authority other than the Immigration and Nationality Act without first providing such notice. Nothing in this order shall prevent the respondents from removing the petitioner pursuant to a removal order lawfully issued under the Immigration and Nationality Act.[1]

**IT IS SO ORDERED**

DATED: April 17, 2025

_____
HON. SUNSHINE SUZANNE SYKES
United States District Judge

---

[1] Out of an abundance of caution and as a courtesy to the parties, the Court grants the request to clarify the April 16, 2025, order. However, the Court finds this largely unnecessary as the prior order was intended to encompass the relief requested (i.e. the 14 days' notice requirement).