UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:25-cv-00911-SSS-KES | Date | April 18, 2025 |
|---|---|---|---|
| Title | Yostin Sleiker Gutierrez-Contreras v. Warden, et al. | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DENYING EX PARTE APPLICATION FOR EMERGENCY STATUS CONFERENCE [DKT. 11]**

On April 18, 2025, Petitioner Yostin Sleiker Gutierrez-Contreras filed an Ex Parte Application for Emergency Status Conference Regarding Respondents' Compliance with Temporary Restraining Order ("Application").  [Dkt. 11].  Given the Government's Motion for Order Granting Respondents' Motion to Dissolve Temporary Restraining Order also filed on April 18, 2025, the Court finds that an emergency status conference is unnecessary.  [Dkt. 12].  Accordingly, Petitioner's Application is hereby **DENIED**.

The Court informs Petitioner that if they intend to oppose the Government's Motion, they must file their opposition by **April 21, 2025**, at noon.  If the Court determines that a hearing on the Government's Motion is necessary, both parties are directed to appear for the hearing on **April 22, 2025, at 8 A.M**.

**IT IS SO ORDERED.**