UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-00911-SSS-KES | Date | April 22, 2025 |
| Title | *Yostin Sleiker Gutierrez-Contreras v. Warden, et al.* | | |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **AMENDED (IN CHAMBERS) ORDER REQUESTING REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO DISSOLVE**

The Court is in receipt of Petitioner's Opposition to Respondents' Motion to Dissolve Temporary Restraining Order filed on April 21, 2025. [Dkt. 15]. As such, Respondents are hereby **ORDERED** to file a reply brief to Petitioner's Opposition by **April 22, 2025, at 12pm**.

The Court sets a hearing on Respondents' Motion to Dissolve Temporary Restraining Order Pursuant to FRCP 65 for **April 25, 2025, at 10am**. [Dkt. 12]. All parties are required to attend the hearing in person and U.S. Immigration and Customs Enforcement is **DIRECTED** to transport Petitioner Yostin Sleiker Gutierrez-Contreras to the courtroom and ensure his presence at the hearing.

**IT IS SO ORDERED.**